### 70843. BUCKNER et al. v. DAVIS.
(335 SE2d 745)

POPE, Judge.

Appellant brings a direct appeal from a judgment denying her visitation rights with her granddaughter, appellee's daughter. As visitation privileges are a part of custody, *Ledford v. Bowers*, 248 Ga. 804 (1) (286 SE2d 293) (1982), this case can be reviewed only by application for discretionary appeal. OCGA § 5-6-35 (a) (2). Since such an appeal was filed with this court and denied by order dated April 5, 1985, this direct appeal is inappropriate and must be dismissed.

*Appeal dismissed. Deen, P. J., and Beasley, J., concur.*

DECIDED SEPTEMBER 6, 1985.

*Thomas L. Williams*, for appellants.
*Noel H. Benedict*, for appellee.